# Exhibit 2

# VASISHT ’709 PATENT – SAMSUNG ACCUSED PRODUCTS

## CLAIM CHART

## Confidential – Privileged and Work Product

**Citations.** “Exhibit 3, p. __” refers to a 163-page printout of net/ipv6/addrconf.c from the Samsung Galaxy S25+ kernel source. Standards citations quote the identified IETF RFCs. “Exhibits 4-14” refer to supplementary code exhibits from the same Samsung Galaxy S25+ kernel source. The text provided has been copied from the open-source files with pagination added for multi-page exhibits.

| ACCUSED PRODUCTS |
|---|
| Smartphones, tablets, laptop computers, Smart TVs, and other devices that include programming to use Internet Protocol Version 6 (“IPv6”) to connect to local and other wireless networks and provide connectivity to the Internet.<br><br>This includes, for example, Samsung Galaxy S20-S26 series smartphones sold since June 2020, including models S20 5G, S20+ 5G, S20 Ultra 5G, S20 FE, S20 FE 5G, S21 5G, S21+ 5G, S21 Ultra 5G, S21 FE 5G, S22, S22+, S22 Ultra, S23, S23+, S23 Ultra, S23 FE, S24, S24+, S24 Ultra, S24 FE, S25, S25+, S25 Ultra, S25 Edge, S26, S26+, and S26 Ultra, together with other smart phones that support IPv6 functionality.<br><br>This further includes, for example, Samsung Galaxy Tab S6-S11 series tablets sold since June 2020, including models Tab S6, Tab S7, Tab S7+, Tab S7 FE, Tab S8, Tab S8+, Tab S8 Ultra, Tab S9, Tab S9+, Tab S9 Ultra, Tab S9 FE, Tab S9 FE+, Tab S10+, Tab S10 Ultra, Tab S10 FE, Tab S10 FE+, Tab S10 Lite, Tab S11, Tab S11 Ultra, together with other tablets that support IPv6 functionality.<br><br>This further includes, for example, Samsung Book and Chromebook products, using Microsoft Windows and ChromeOS operating systems, that have utilized or supported IPv6 functionality since June 2020. |

| ACCUSED PRODUCTS |
| --- |
| This further includes, for example, Samsung Smart TVs, OLED and QLED TVs, using the Tizen operating system that have supported IPv6 functionality since June 2020. |

## CLAIM CHART

| **Claim Elements** | **Evidence of Use** |
| --- | --- |
| 22a:<br><br>A nontransitory electronic device readable storage medium comprising instructions that, when executed by one or more processors, causes the processors to: | All Accused Products are electronic devices that include at least one processor and memory, i.e., a non-transitory readable storage medium for storing instructions that when executed by one or more processors of the products cause processes to occur.<br><br>For example, Galaxy S devices contain Universal Flash Storage (UFS) – holding Android partitions that contain Linux Kernel and networking components – as a nontransitory medium.<br><br>**Storage** **S26 & S26+:** 256/512 GB<br>**S26 Ultra:** 256/512 GB/1TB<br>UFS 4.0<br><br>https://en.wikipedia.org/wiki/Samsung_Galaxy_S26<br><br>https://www.sammobile.com/news/what-ufs-version-galaxy-s26-storage/ |

| Claim Elements | Evidence of Use |
|---|---|

## Memory and storage [ edit ]

The Galaxy S24 phones feature 4,800 MT/s LPDDR5X memory and Universal Flash Storage 3.1 with 128 GB or version 4.0 with 256 GB and above.

| Models | Galaxy S24 | | Galaxy S24+ | | Galaxy S24 Ultra | | Galaxy S24 FE | |
|---|---|---|---|---|---|---|---|---|
| | RAM | Storage | RAM | Storage | RAM | Storage | RAM | Storage |
| Variant 1 | 8 GB | 128 GB | – | | 12 GB | 256 GB | 8 GB | 128 GB |
| Variant 2 | | 256 GB | 12 GB | 256 GB | | 512 GB | | 256 GB |
| Variant 3 | 12 GB | | | 512 GB | | 1 TB | | 512 GB |
| Variant 4 | 8 GB | 512 GB | – | | | | | |

https://en.wikipedia.org/wiki/Samsung_Galaxy_S24#Memory_and_storage

## Software [ edit ]

The Galaxy S24 phones come with the Android 14 operating system with One UI 6.1 pre-installed, which was the latest version of Android available at the time of its release.[27]

| | Pre-installed OS | OS Upgrades history | | | | | | | End of support |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | |
| S24<br>S24+<br>S24 Ultra | Android 14<br>(One UI 6.1) | Android 15<br>(One UI 7.0)<br>*April 2025*[33][34] | Android 16<br>(One UI 8.0)<br>*September 2025*[35]<br>(One UI 8.5)<br>*May 2026*[36] | | | | | | *Within 2031*[31] |
| S24 FE | | | | | | | | | |

https://en.wikipedia.org/wiki/Samsung_Galaxy_S24#Memory_and_storage

| Claim Elements | Evidence of Use |
|---|---|
| | Galaxy devices contain flash storage (eMMC/UFS) holding Android partitions that contain compiled Linux kernel and networking components — a nontransitory storage medium comprising the instructions, including the autoconfig code of (net/ipv6/addrconf.c).<br><br>On network attach, the device's application processor (one or more processors) executes those instructions in kernel context to perform IPv6 address autoconfiguration, including each step charted below.<br><br> |
| 22b:<br><br>provide, at an electronic device having an interface | **The Accused Products are all electronic devices, and they all contain interfaces for communicating with Wi-Fi and other communications networks.**<br><br>For example, the Galaxy S20 smartphone includes interfaces for communication with various networks such as Wi-Fi and cellular, and other communications technologies. |

| Claim Elements | Evidence of Use |
|---|---|
| for communicating with a communications network, | **Chipsets** [ edit ]<br><br>The S20 line comprises three models with various hardware specifications; international models of the S20 utilize the Exynos 990 system-on-chip, while the U.S., Canadian, Korean, Chinese and Japanese models utilize the Qualcomm Snapdragon 865.[27]<br><br>https://en.wikipedia.org/wiki/Samsung_Galaxy_S20<br><br>https://www.theverge.com/2020/2/11/21128230/samsung-galaxy-s20-plus-ultra-price-camera-5g-features-video-hands-on<br><br>**8. Wi-Fi 6 Dual Band Simultaneous (2x2 + 2x2)**<br><br>The Snapdragon 865 also includes the Qualcomm FastConnect 6800 Mobile Connectivity Subsystem. This subsystem boasts a unique implementation of Wi-Fi 6 Dual Band Simultaneous (DBS) for mobile. This allows Snapdragon 865-powered smartphones to harness Wi-Fi 6 performance across 2.4- and 5 GHz bands simultaneously in a 2x2 + 2x2 DBS configuration. By employing this DBS innovation, speed and low-latency performances are greatly improved, enabling more immersive mobile Wi-Fi experiences.<br><br>https://www.qualcomm.com/news/onq/2020/03/10-reasons-why-snapdragon-865-most-advanced-5g-mobile-platform<br><br>Similarly, the Galaxy S26 smartphone includes interfaces for communication with various networks such as Wi-Fi and cellular, and other communications technologies. |

<table>
<tr><th>Claim Elements</th><th>Evidence of Use</th></tr>
<tr><td></td><td>
Connectivity [ edit ]<br><br>
All models in the Galaxy S26 series, support 5G connectivity, Wi-Fi 7, Bluetooth 5.4, NFC, and USB Type-C 3.2 for data transfer and charging. Ultra-Wideband (UWB) is supported only on the S26+ and S26 Ultra models.[36]<br><br>
<table>
<tr><th>Model</th><th>Wi-Fi</th><th>Bluetooth</th><th>UWB</th><th>USB</th><th>NFC</th></tr>
<tr><td>Galaxy S26</td><td rowspan="3">Wi-Fi 7</td><td>5.4</td><td>No</td><td rowspan="3">USB-C 3.2 (5Gbps)</td><td rowspan="3">Yes</td></tr>
<tr><td>Galaxy S26+</td><td rowspan="2">6.0</td><td rowspan="2">Yes</td></tr>
<tr><td>Galaxy S26 Ultra</td></tr>
<tr><td>Ref.</td><td colspan="5">[36]</td></tr>
</table>
<br>
https://en.wikipedia.org/wiki/Samsung_Galaxy_S26<br><br>
https://news.samsung.com/global/samsung-unveils-galaxy-s26-series-the-most-intuitive-galaxy-ai-phone-yet
</td></tr>
<tr><td>22c:<br><br>a network identifier (NID) that identifies the communications network</td><td>
All Accused Products support Internet Protocol Version 6 (“IPv6”) for, inter.alia, establishing connections with or joining Wi-Fi and other networks.<br><br>
IPv6 is supported by Android operating systems from Version 5.0 on, and the accused smartphone and tablet products use Android Versions 10 to 16.<br><br>
IPv6 Cell Phones<br><br>
Internet Protocol version 6 (IPv6) is supported on cell phones running the following mobile operating systems:<br><br>
Android 5.0 or later,<br>
Apple iOS 4.1 or later,<br><br>
https://www.hpc.mil/solution-areas/networking/ipv6-knowledge-base/frequently-asked-questions/available-ipv6-cell-phones-and-wireless-carriers
</td></tr>
</table>

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | For example, the Samsung Galaxy S20 smartphone launched with Android version 10 and the Samsung One UI 2.1 user interface pre-installed. |

| | Pre-installed OS | OS Upgrades history | | | End of support |
|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | |
| S20<br>S20+<br>S20 Ultra | Android 10<br>(One UI 2.1)<br>*Minor One UI update:*<br>(One UI 2.5)<br>August 2020[42] | Android 11<br>(One UI 3.0)<br>*December 2020*[43]<br>(One UI 3.1)<br>*February 2021*[44] | Android 12<br>(One UI 4.0)<br>*December 2021*[45]<br>(One UI 4.1)<br>*March 2022*[46] | Android 13<br>(One UI 5.0)<br>*November 2022*[47]<br>(One UI 5.1)<br>*February 2023*[48] | April 2025[49] |
| S20 FE | Android 10<br>(One UI 2.5) | Android 11<br>(One UI 3.0)<br>*December 2020*[50]<br>(One UI 3.1)<br>*February 2021*[51] | Android 12<br>(One UI 4.0)<br>*December 2021*[45]<br>(One UI 4.1)<br>*March 2022*[52] | Android 13<br>(One UI 5.0)<br>*November 2022*[53]<br>(One UI 5.1)<br>*February 2023*[54] | October 2025[55] |

https://en.wikipedia.org/wiki/Samsung_Galaxy_S20

https://web.archive.org/web/20210617043505/https://in.mashable.com/tech/16518/samsung-has-begun-rolling-out-oneui-25-to-its-galaxy-s20-lineup

The Galaxy S26 launched with Android version 16 and Samsung's One UI 8.5 user interface.

| | Pre-installed OS | OS Upgrades history | | | | | | | End of support |
|---|---|---|---|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | |
| S26<br>S26+<br>S26 Ultra | Android 16<br>(One UI 8.5) | | | | | | | | *Within 2033*[37] |

| Claim Elements | Evidence of Use |
|---|---|
| | https://en.wikipedia.org/wiki/Samsung_Galaxy_S26<br><br>https://www.sammobile.com/news/samsung-galaxy-s26-software-update-policy-explained/<br><br>**In IPv6 the provided Prefixes identify communications networks, and each prefix identifies a unique instantiation of a communications network.**<br><br>**Address versus Prefixes**<br>IPv4 was designed around managing individual address assignments. IPv6 was designed around managing network prefix assignments. A "prefix" is the number given to identify the network. For instance, the network 192.168.0.0/16 has '192.168' identifies the network.<br><br>The number of bits in a network prefix lets you know how many addresses – or smaller prefixes – it has within it. There are 32-bits of IPv4 space, so if 24 are used for the prefix, that leaves eight for addresses. There are 256 addresses in a /24 network prefix because $2^8$ is 256. People tend to use the terms network 'prefix' and 'block' interchangeably. A network prefix provides a block of smaller networks or addresses. |

| Claim Elements | Evidence of Use |
|---|---|
| | **When Chance is Safe**<br>IPv4 sets aside about 17 million addresses for private use. This means the same address can be used a number of times but only within private networks where access doesn't overlap via the internet. The same private addresses are used repeatedly on networks all over the world. But the walled garden element of their use is essential.<br><br>In IPv6, even private addresses are unique. A whole IPv6 /8 has been assigned for private IPv6 addresses. Just like in IPv4, these addresses aren't available for use on the internet, just as internal addresses in private networks.<br><br>Their uniqueness is not even guaranteed with a registry. Instead, engineers rely on the huge size of IPv6 and randomness. Each network administrator randomly selects one of the trillion possible /48 prefixes reserved for private use.<br><br>The Difference Between IPv4 and IPv6 \| IPv4 Global<br><br>**Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that when a Galaxy phone or other IPv6 enabled product joins a Wi-Fi network, it receives an IPv6 prefix (the NID) in a Router Advertisement.**<br><br>"The Prefix Information option provides hosts with on-link prefixes and prefixes for Address Autoconfiguration." RFC.0❹❷7.°.0¡❷8.(Prefix.Information.option.carried.in.Router. Advertisements)¡<br>.<br>RFC 4862 § 5.5.3 directs hosts to process each Prefix Information option received in a Router Advertisement — the standards-defined mechanism by which the network provides its prefix to the device. |

<table>
<tr><th>Claim Elements</th><th>Evidence of Use</th></tr>
<tr><td></td><td>Samsung Galaxy S25+ kernel source confirms that when a Galaxy phone joins a Wi-Fi network, it receives an IPv6 prefix (the NID) in a Router Advertisement.<br><br>The prefix originates from the network itself (its router), travels through the communications interface (the Wi-Fi/modem interface), and is received by the kernel instructions with the interface's identity attached as the first argument:<br><br><code>void addrconf_prefix_rcv(struct net_device *dev, u8 *opt,</code><br><code>        int len, bool sllao)</code><br>Exhibit 3, p. 60 (net/ipv6/addrconf.c)<br>The parsing of the Router Advertisement and the dispatch of each Prefix Information option to this function occur in net/ipv6/ndisc.c (ndisc_router_discovery()):<br><code>if (in6_dev->cnf.accept_ra_pinfo && ndopts.nd_opts_pi) {</code><br><code>    struct nd_opt_hdr *p;</code><br><code>    for (p = ndopts.nd_opts_pi;</code><br><code>         p;</code><br><code>         p = ndisc_next_option(p, ndopts.nd_opts_pi_end)) {</code><br><code>        addrconf_prefix_rcv(skb->dev, (u8 *)p,</code><br><code>                            (p->nd_opt_len) << 3,</code><br><code>                            ndopts.nd_opts_src_lladdr != NULL);</code><br><code>    }</code><br><code>}</code><br>Exhibit 4, p. 31 (net/ipv6/ndisc.c, ndisc_router_discovery())</td></tr>
<tr><td>22d:<br><br>the NID comprising a set of characters</td><td>The IPv6 prefixes used to identify communications networks comprise a set of characters.</td></tr>
</table>

| **Claim Elements** | **Evidence of Use** |
| --- | --- |
| | **What Do They Look Like?**<br>IPv4 and IPv6 addresses are represented in two slightly different human readable (base ten numeral) forms.<br><br>IPv4 addresses are written down in what is often known as ‘dotted decimal’ format. There are sections to the address. Each section shows an 8-bit value. These are presented as a decimal number. For instance, 203.0.113.79 is the human readable presentation of 11001011.00000000.01110001.01001111.<br><br>IPv6 addresses are much longer, so hexadecimal is used instead of decimal. This numbering system uses the decimal digits 0 through 9 and adds a, b, c, d, e and f. Colons are used as the section delimiter and each section is 16-bits instead of 8-bits. Sections where the values are all zeros can be compressed with a double colon.<br><br>The Difference Between IPv4 and IPv6 \| IPv4 Global<br><br>**Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that the Prefix comprises a set of characters**<br><br>IPv6 addresses and prefixes have a defined text representation as strings of hexadecimal characters (e.g., 2001:db8::/32). RFC.08❺7.°.8¡8.(text.representation.of.addresses)·.RFC.❶❺❶8.(canonical.text.representation)¡<br><br>The Prefix field of the Prefix Information option is a fixed field of octets carrying “an IP address or a prefix of an IP address.”<br>RFC.0❹❷7.°.0¡❷¡8¡ |

<table>
<tr><th>Claim Elements</th><th>Evidence of Use</th></tr>
<tr><td></td><td>Samsung Galaxy S25+ kernel source confirms the prefix is a discrete sequence of octets; the implementation handles it as u8 (unsigned character) data, and IPv6 prefixes also have a canonical textual character representation.<br><br>In addrconf_prefix_rcv(), the prefix option arrives as u8 *opt (a raw character buffer) and is cast to the prefix structure:<br><br><code>pinfo = (struct prefix_info *) opt;</code><br>Exhibit 3, p. 61 (net/ipv6/addrconf.c)<br><br>The prefix is then copied byte-wise into the address — a discrete set of 8 octets occupying the first half of the 128-bit address:<br><br><code>if (pinfo->prefix_len == 64) {</code><br><code>    memcpy(&addr, &pinfo->prefix, 8);</code><br><code>    ...</code><br>Exhibit 3, p. 63 (net/ipv6/addrconf.c)</td></tr>
<tr><td>22e:<br><br>assigned to a specific instantiation of the communications network;</td><td>The set of characters identifies a specific instantiation of a communications network.</td></tr>
</table>

| Claim Elements | Evidence of Use |
|---|---|
| | **When Chance is Safe**<br><br>IPv4 sets aside about 17 million addresses for private use. This means the same address can be used a number of times but only within private networks where access doesn't overlap via the internet. The same private addresses are used repeatedly on networks all over the world. But the walled garden element of their use is essential.<br><br>In IPv6, even private addresses are unique. A whole IPv6 /8 has been assigned for private IPv6 addresses. Just like in IPv4, these addresses aren't available for use on the internet, just as internal addresses in private networks.<br><br>Their uniqueness is not even guaranteed with a registry. Instead, engineers rely on the huge size of IPv6 and randomness. Each network administrator randomly selects one of the trillion possible /48 prefixes reserved for private use.<br><br>The Difference Between IPv4 and IPv6 \| IPv4 Global<br><br>**Samsung Galaxy S25+ kernel source also confirms that the prefix (NID) functions as an identifier assigned to the specific network instance to which the device is attached.**<br><br>The implementation (1) receives the prefix from that network's own router, on the specific interface (dev) attached to that network, as a grant bearing explicit validity and preferred lifetimes that the kernel validates before acceptance; (2) honors the grant as revocable, expiring, and renewable — deleting the prefix route when the network withdraws the prefix (zero lifetime), setting expiry for finite lifetimes, and refreshing on subsequent advertisements; (3) binds the prefix, as a route destination in its own right, exclusively to the specific network attachment (dev->ifindex); and (4) treats the prefix alone as denoting the network segment itself, deriving the subnet-router anycast address from the prefix with an all-zeros host portion. Each behavior would be incorrect for a value not assigned to that specific network instance. |

| Claim Elements | Evidence of Use |
|---|---|

**(1) Receipt on a specific interface as a lifetime-bounded grant; validation of the grant's terms**

```
void addrconf_prefix_rcv(struct net_device *dev, u8 *opt,
        int len, bool sllao)
{
    struct prefix_info *pinfo;
    ...
    struct net *net = dev_net(dev);
    pinfo = (struct prefix_info *) opt;

/* Validation checks ([ADDRCONF], page 19) */
addr_type = ipv6_addr_type(&pinfo->prefix);
if (addr_type & (IPV6_ADDR_MULTICAST|IPV6_ADDR_LINKLOCAL))
    return;
valid_lft = ntohl(pinfo->valid);
prefered_lft = ntohl(pinfo->prefered);
if (prefered_lft > valid_lft) {
    net_warn_ratelimited("addrconf: prefix option has invalid lifetime\n");
    return;
}
in6_dev = in6_dev_get(dev);
...
if (valid_lft != 0 && valid_lft < in6_dev->cnf.accept_ra_min_lft)
    goto put;
```

Exhibit 3, pp. 60-61.(net-ipv❷-addrconf¡c)

**(2) The grant is revocable, expiring, and renewable; the received prefix is installed against the receiving interface**

```
/*
 * Two things going on here:
 * 1) Add routes for on-link prefixes
 * 2) Configure prefixes with the auto flag set
 */
if (pinfo->onlink) +
...
rt = addrconf_get_prefix_route(&pinfo->prefix,
        pinfo->prefix_len, dev,
        RTF_ADDRCONF | RTF_PREFIX_RT, RTF_DEFAULT, true);
if (rt) {
```

| Claim Elements | Evidence of Use |
|---|---|
| | (continued below) |

```
    if (valid_lft == 0) {
        ip6_del_rt(net, rt, false);
        rt = NULL;
    } else if (addrconf_finite_timeout(rt_expires)) {
        fib6_set_expires(rt, jiffies + rt_expires);
    } else {
        fib6_clean_expires(rt);
    }
} else if (valid_lft) {
    ...
    addrconf_prefix_route(&pinfo->prefix, pinfo->prefix_len,
            0, dev, expires, flags, GFP_ATOMIC);
}
```

Exhibit 3, pp. 61-62.(net-ipv❷-addrconf¡c)

**(3) Binding of the prefix, as route destination, to the specific network attachment**

```
static void addrconf_prefix_route(struct in6_addr *pfx,
        int plen, u32 metric, struct net_device *dev,
        unsigned long expires, u32 flags, gfp_t gfp_flags)
{
    struct fib6_config cfg = {
        ...
        .fc_ifindex = dev->ifindex,
        .fc_expires = expires,
        .fc_dst_len = plen,
        ...
    };
    cfg.fc_dst = *pfx;
    ...
    ip6_route_add(&cfg, gfp_flags, NULL);
}
```

Exhibit 3, p. 54.(net-ipv❷-addrconf¡c)

**(4) The prefix alone denotes the network segment**

```
static void addrconf_join_anycast(struct inet6_ifaddr *ifp)
{
    struct in6_addr addr;
    if (ifp->prefix_len >= 127) /* RFC 6164 */
        return;
```

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | `ipv6_addr_prefix(&addr, &ifp->addr, ifp->prefix_len);`<br>`if (ipv6_addr_any(&addr))`<br>`return;`<br>`__ipv6_dev_ac_inc(ifp->idev, &addr);`<br>`}`<br>Exhibit 3, p. 49.(net-ipv❷-addrconf¡c)<br>`/* Subnet-router anycast: 0000:0000:0000:0000 */`<br>`if (!(addr->s6_addr32[2] \| addr->s6_addr32[3]))`<br>`goto regen;`<br>Exhibit 3, p. 53.(net-ipv❷-addrconf¡c) |
| 22f:<br><br>receive a request that a node device be configured for use in the communications network; | **Accused Product user Interfaces (UIs) allow a user to identify locally available Wi-Fi networks and to join, i.e., make the product a node on, one of those networks. When this happens the UI issues a request to have the product made a node on the network.**<br><br>Samsung user-facing documentation directs the user to select a specific network and tap Connect. Samsung instructs: “5 Tap on the Wi-Fi network that you want to join … 6 If the network is password protected, enter the password … 8 Tap Connect.”<br><br>https://www.samsung.com/uk/support/mobile-devices/how-do-i-connect-to-wi-fi/<br><br>Samsung’s U.S. Galaxy support page gives the same functional flow: “3. Select a network, and then enter a password if required. 4. If the Wi-Fi network you want is not listed after the scan, you can still connect to it by entering the information manually.”<br><br>https://www.samsung.com/us/support/answer/ANS10002546/<br><br>The user action is directed to a specific communications network — the selected SSID — and requests that the handset join and configure itself for that network.<br><br>The Samsung Galazy S25+ kernel source shows the kernel reception of a request to configure the interface (the node device) for use on the network. The cited instructions register a callback |

| Claim Elements | Evidence of Use |
|---|---|
| | with the kernel's device-notifier system; when a network interface is brought up, addrconf_notify() — the registered callback — receives a delivered message object (struct netdev_notifier_info) carrying a pointer identifying the specific interface to be configured, and responds by creating the interface's IPv6 state and configuring it for use on the attached network.<br><br>Reception by the processors executing the cited instructions is shown in items (1)–(3) below. That request originates outside the cited instructions: when the user enables Wi-Fi or joins a network, the device's Android connectivity/Wi-Fi stack brings the interface up through the kernel's standard netlink/ioctl interfaces, which relay the request to the cited callback as the NETDEV_UP message. The kernel-side relay is itself in the Samsung Galaxy S25 kernel course and supplementary kernel exhibits (the netlink/ioctl entry points and dev_open() → call_netdevice_notifiers(NETDEV_UP, dev)), residing on the same nontransitory storage medium recited in 22a.<br><br>The userspace origin is corroborated by the publicly available Android Open Source Project framework sources and wpa_supplicant; the precise bring-up path on the accused build (which may involve the proprietary vendor Wi-Fi HAL) is a matter of accused-device evidence and is established independently of source by the device demonstration at 22i.<br><br>**(1) The reception endpoint: the instructions register the receiving callback, which receives the delivered request identifying the node device**<br>static struct notifier_block ipv6_dev_notf = {<br>   .notifier_call = addrconf_notify,<br>   .priority = ADDRCONF_NOTIFY_PRIORITY,<br>};<br>Exhibit 3, p. 83.(net-ipv❷-addrconf¡c)<br>static int addrconf_notify(struct notifier_block *this,<br>      unsigned long event, void *ptr) |

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | {<br>struct net_device *dev = netdev_notifier_info_to_dev(ptr);<br>...<br>struct inet6_dev *idev = __in6_dev_get(dev);<br>...<br>switch (event) {<br>Exhibit 3, p. 79.(net-ipv❷-addrconf¡c)<br><br>**(2) The request's content and the response: configure the identified node device for use in the network**<br>case NETDEV_UP:<br>case NETDEV_CHANGE:<br>...<br>if (event == NETDEV_UP) {<br>/* restore routes for permanent addresses */<br>addrconf_permanent_addr(net, dev);<br>if (!addrconf_link_ready(dev)) {<br>/* device is not ready yet. */<br>pr_debug("ADDRCONF(NETDEV_UP): %s: link is not ready\n",<br>dev->name);<br>break;<br>}<br>if (!idev && dev->mtu >= IPV6_MIN_MTU)<br>idev = ipv6_add_dev(dev);<br>if (!IS_ERR_OR_NULL(idev)) {<br>idev->if_flags \|= IF_READY;<br>run_pending = 1;<br>}<br>} |

| Claim Elements | Evidence of Use |
|---|---|
| | Exhibit 3, pp. 80-81.(net-ipv❷-addrconf¡c)<br>{<br>  struct inet6_dev *idev;<br>  …<br>  idev = addrconf_add_dev(dev);<br>  …<br>  addrconf_addr_gen(idev, false);<br>}<br>Exhibit 3, pp. 75–76.(net-ipv❷-addrconf¡c)<br><br>**(3) Supporting the request characterization: the implementation effectuates an explicit configuration request by delivering this same message to this same callback**<br><br>When a user requests that IPv6 be enabled on a device (writing disable_ipv6 = 0), the implementation carries out that request by synthesizing and delivering the same NETDEV_UP message to the same receiving callback — confirming that what addrconf_notify() receives functions as a configuration request:<br>static void dev_disable_change(struct inet6_dev *idev)<br>{<br>  struct netdev_notifier_info info;<br>  …<br>  netdev_notifier_info_init(&info, idev->dev);<br>  if (idev->cnf.disable_ipv6)<br>    addrconf_notify(NULL, NETDEV_DOWN, &info);<br>  else<br>    addrconf_notify(NULL, NETDEV_UP, &info);<br>}<br>Exhibit 3, pp. 138–139.(net-ipv❷-addrconf¡c) |

| Claim Elements | Evidence of Use |
| --- | --- |
| | **(4) Corroborating "for use in the communications network": configuration is deferred until the device's link to the network is usable**<br>`} else if (event == NETDEV_CHANGE) {`<br>`    if (!addrconf_link_ready(dev)) {`<br>`        /* device is still not ready. */`<br>`        rt6_sync_down_dev(dev, event);`<br>`        break;`<br><br>Exhibit 3, p. 81.(net-ipv❷-addrconf¡c)<br><br>**(5) The request's origin and relay (supplementary code exhibits; Android userspace exhibit to be appended)**<br>The kernel receives the userspace bring-up request at either of two entry points — the ioctl path:<br>`case SIOCSIFFLAGS:      /* Set interface flags */`<br>`    return dev_change_flags(dev, ifr->ifr_flags, NULL);`<br>Exhibit.5, p. 11.(net-core-dev( ioctl¡c)<br><br>or the netlink RTM_NEWLINK path:<br>`if (ifm->ifi_flags \|\| ifm->ifi_change) {`<br>`    err = dev_change_flags(dev,`<br>`            rtnl_dev_combine_flags(dev, ifm), extack);`<br>Exhibit 6, p. 58.(net-core-rtnetlink¡c?do( setlink())<br><br>and relays it to the cited callback as the NETDEV_UP message — the kernel's own documentation describes bring-up as sending that message to the notifier chain:<br>`/* ... the device is moved into the up state and a %NETDEV_UP`<br>` * message is sent to the netdev notifier chain. */`<br>`int dev_open(struct net_device *dev, struct netlink_ext_ack *extack)`<br>`{` |

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | `...`<br>`rtmsg_ifinfo(RTM_NEWLINK, dev, IFF_UP \| IFF_RUNNING,`<br>`GFP_KERNEL, 0, NULL);`<br>`call_netdevice_notifiers(NETDEV_UP, dev);`<br>`void __dev_notify_flags(struct net_device *dev, ...)`<br>`{`<br>`unsigned int changes = dev->flags ^ old_flags;`<br>`...`<br>`if (changes & IFF_UP) {`<br>`if (dev->flags & IFF_UP)`<br>`call_netdevice_notifiers(NETDEV_UP, dev);`<br><br>Exhibit 7, p. 31.(net-core-dev¡c?dev( open().–( dev( notify( flags())¡.These.instructions.reside.on. the.same.nontransitory.storage.medium.recited.in.88a¡ |
| 22g:<br><br>input the NID into one or more algorithms or equations | **Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that the Prefix, i.e., NID, is input into one or more algorithms or equations:**<br><br>"1. Compute a random (but stable) identifier with the expression: RID = F(Prefix, Net_Iface, Network_ID, DAD_Counter, secret_key)"<br>RFC.❸87❸?p¡.❸– .the.standard.expressly.names.the.Prefix.as.an.input.to.the.algorithm.F¡<br><br>RFC 7217 § 5 defines the Prefix parameter as the prefix to be used for SLAAC, as learned from an ICMPv6 Router Advertisement — tying the algorithm's input to the network-delivered NID.<br><br>"The resulting Interface Identifiers remain stable for each prefix used with SLAAC within each subnet... The resulting Interface Identifiers must change when addresses are configured for different prefixes."<br>RFC.❸87❸?p¡.❷– .the.algorithm's.output.is.a.function.of.the.prefix.input¡<br><br>**Samsung Galaxy S25+ kernel source confirms that the Prefix, i.e., NID, is input into one or more algorithms or equations:** |

| Claim Elements | Evidence of Use |
| --- | --- |
| | When the network sends the device its prefix (the NID) and the device is in its default stable-privacy mode, the instructions feed that NID straight into a SHA-1-based stable-address-generation routine.<br><br>The function ipv6_generate_stable_address() builds the routine's fixed input block out of four things — the NID's two 32-bit words, copied into input fields named for the prefix; the interface's permanent hardware address; a secret value; and a retry counter — and executes the routine, implemented by sha1_init() and sha1_transform(), over that block. The NID is not just used near the algorithm — it is physically copied, piece by piece, into the data the algorithm consumes.<br><br>**(1) Invocation: upon receiving the NID, the instructions select the algorithmic path and call it with the NID** |

```
if (pinfo->prefix_len == 64) {
    memcpy(&addr, &pinfo->prefix, 8);

    if (!ipv6_addr_any(&in6_dev->token)) {
        ...
        tokenized = true;
    } else if (is_addr_mode_generate_stable(in6_dev) &&
               !ipv6_generate_stable_address(&addr, 0,
                                             in6_dev)) {
        addr_flags |= IFA_F_STABLE_PRIVACY;
        goto ok;
    } else if (ipv6_generate_eui64(addr.s6_addr + 8, dev) &&
               ipv6_inherit_eui64(addr.s6_addr + 8, in6_dev)) {
        goto put;
    } else {
        dev_addr_generated = true;
    }
    goto ok;
}
net_dbg_ratelimited("IPv6 addrconf: prefix with wrong length %d\n",
                    pinfo->prefix_len);
goto put;
```

| Claim Elements | Evidence of Use |
|---|---|

Exhibit 3, p. 63.(net-ipv❷-addrconf¡c)

As the branch structure shows, the stable-address-generation routine is invoked within the /64 block — the accused embodiment (see 22g) — as the operative alternative where no token is configured; non-/64 prefixes are rejected.

**(2) The routine's fixed input block is built from the NID; the SHA-1 transform is executed on it**

```
static int ipv6_generate_stable_address(struct in6_addr *address,
        u8 dad_count, const struct inet6_dev *idev)
{
    ...
    static union {
        char __data[SHA1_BLOCK_SIZE];
        struct {
            struct in6_addr secret;
            __be32 prefix[2];
            unsigned char hwaddr[MAX_ADDR_LEN];
            u8 dad_count;
        } __packed;
    } data;
```

Exhibit 3, p. 73.(net-ipv❷-addrconf¡c)

```
sha1_init(digest);
memset(&data, 0, sizeof(data));
...
memcpy(data.hwaddr, idev->dev->perm_addr, idev->dev->addr_len);
data.prefix[0] = address->s6_addr32[0];
data.prefix[1] = address->s6_addr32[1];
data.secret = secret;
data.dad_count = dad_count;

sha1_transform(digest, data.__data, workspace);

temp = *address;
temp.s6_addr32[2] = (__force __be32)digest[0];
temp.s6_addr32[3] = (__force __be32)digest[1];
```

| Claim Elements | Evidence of Use |
| --- | --- |

Exhibit 3, p. 74.(net-ipv❷-addrconf¡c)

The invoked primitives are the kernel's SHA-1 library, whose own documentation describes precisely the construction charted here — the compression function applied to a single fixed 512-bit block:

```
/**
 * sha1_transform - single block SHA1 transform ...
 *
 * This function executes SHA-1's internal compression function.
 * It updates the 160-bit internal state (@digest) with a single
 * 512-bit data block (@data).
 * ...
 */
void sha1_transform(__u32 *digest, const char *data, __u32 *array)
void sha1_init(__u32 *buf)
{
    buf[0] = 0x67452301;
    buf[1] = 0xefcdab89;
    buf[2] = 0x98badcfe;
    buf[3] = 0x10325476;
    buf[4] = 0xc3d2e1f0;
}
```

Exhibit 8, pp. 2-3.(sha7¡c?kernel.SHA_7.library).– .the.standard.SHA_7.initialization.constants. and.compression.function·.the.FIPS.7❹6.round.structure.appears.in.the.same.file¡

**(3) The same algorithm is re-invoked with the NID on address-conflict recovery**

```
if (ipv6_generate_stable_address(&new_addr, retries, idev) < 0)
    { ... }
```

Exhibit 3, p. 48.(net-ipv❷-addrconf¡c)

**(4) Supporting: the NID is also input to an address-classification routine, whose masked result supplies the scope setting**

```
addr_type = ipv6_addr_type(&pinfo->prefix);
```

Exhibit 3, p. 61.(net-ipv❷-addrconf¡c)

| Claim Elements | Evidence of Use |
|---|---|
| | .scope = addr_type & IPV6_ADDR_SCOPE_MASK,<br>Exhibit 3, p. 59.(net-ipv❷-addrconf¡c).(see.88g?.supporting.value)<br><br>The classification routine deterministically pattern-matches the NID's bits against the IPv6 addressing architecture (no stored table is consulted):<br>int __ipv6_addr_type(const struct in6_addr *addr)<br>{<br>    __be32 st;<br><br>    st = addr->s6_addr32[0];<br><br>    /* Consider all addresses with the first three bits different of<br>       000 and 111 as unicasts. */<br>    if ((st & htonl(0xE0000000)) != htonl(0x00000000) &&<br>        (st & htonl(0xE0000000)) != htonl(0xE0000000))<br>        return (IPV6_ADDR_UNICAST \|<br>                IPV6_ADDR_SCOPE_TYPE(IPV6_ADDR_SCOPE_GLOBAL));<br>Exhibit.9, pp. 1-2.(net-ipv❷-addrconf( core¡c?( ( ipv❷( addr( type())<br>#define IPV6_ADDR_SCOPE_MASK 0x00f0U<br>Exhibit 10, p. 3.(include-net-ipv❷¡h).– .the.constant.applied.by.the.masking.equation¡<br><br>**(5) Alternative path (equation): address = NID ‖ interface identifier (EUI-64 mode)**<br>Exhibit 3, p. 63.(net-ipv❷-addrconf¡c).– .memcpy.of.the.NID's.eight.octets.followed.by. ipv❷( generate( eui❷0().for.the.lower.half¡ |
| 22h:<br><br>using the one or more algorithms or equations, apply the NID to generate values for a plurality of parameters | Using one or more algorithms or equations, the Prefix (i.e., NID) is applied to generate several parameters including, but not limited to, a unicast address, a multicast address, and a scope parameter.<br><br>**Standards documentation (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirms that, using the one or more** |

| Claim Elements | Evidence of Use |
| --- | --- |
| | **algorithms or equations, the NID is applied to generate values for a plurality of parameters:**<br><br>“Compute a random (but stable) identifier with the expression: RID = F(Prefix, Net_Iface, Network_ID, DAD_Counter, secret_key)”<br>RFC.❸87❸?.p¡.❸¡<br><br>“A Solicited-Node multicast address is formed by taking the low-order 24 bits of an address (unicast or anycast) and appending those bits to the prefix FF02:0:0:0:0:1:FF00::/104.” For example, the Solicited-Node multicast address corresponding to the IPv6 address 4037::01:800:200E:8C6C is FF02::1:FF0E:8C6C. RFC.08❺7.° .8¡❸¡7.(the.derivation.is.a.required?.deterministic.function.of.the.address)¡<br><br>RFC 8981 states: “This document describes an extension to IPv6 Stateless Address Autoconfiguration that causes hosts to generate temporary addresses with randomized interface identifiers for each prefix advertised with autoconfiguration enabled¡ Changing addresses over time limits the window of time during which eavesdroppers and other information collectors may trivially perform address-based network-activity correlation when the same address is employed for multiple transactions by the same host. Additionally, it reduces the window of exposure of a host as being accessible via an address that becomes revealed as a result of active communication. This document obsoletes RFC 4941.” RFC 8981, Abstract.<br><br>**Samsung Galaxy S25+ kernel source confirms that, using the one or more algorithms or equations, the NID is applied to generate values for a plurality of parameters:**<br><br>Using the received NID together with device/interface inputs and fixed implementation parameters, the instructions automatically produce values that together describe the node device's configuration, led by: (1) the device's full 128-bit unicast IPv6 address — its first half |

| Claim Elements | Evidence of Use |
| --- | --- |
| | the NID itself, its second half the output of the SHA-1 algorithm into which the NID was input (see 22f); and (2) the device's solicited-node multicast address, computed from the generated address and established as a group membership on the device. Supporting these, (3) the address's scope is computed from the NID by a classification routine and a masking step and stored alongside the address. |

**(1) Value 1 — the device's unicast address, generated from the NID**

```
memcpy(&addr, &pinfo->prefix, 8);
```

Exhibit 3, p. 63.(net–ipv❷–addrconf¡c).– .the.charted.path.operates.on.a.❷0_bit.prefix.(pinfo_ ~prefix( len.±±.❷0)¡

```
temp.s6_addr32[2] = (__force __be32)digest[0];
temp.s6_addr32[3] = (__force __be32)digest[1];
```

Exhibit 3, p. 74.(net–ipv❷–addrconf¡c).(see.88f)

**(2) Value 2 — the solicited-node multicast address, computed and configured on the device**

```
void addrconf_join_solict(struct net_device *dev,
        const struct in6_addr *addr)
{
    struct in6_addr maddr;
    ...
    addrconf_addr_solict_mult(addr, &maddr);
    ipv6_dev_mc_inc(dev, &maddr);
}
```

Exhibit 3, pp. 48-49.(net–ipv❷–addrconf¡c)

```
addrconf_join_solict(dev, &ifp->addr);
```

Exhibit 3, p. 89.(net–ipv❷–addrconf¡c).(invoked.for.each.generated.address.at.the.start.of. duplicate.address.detection)

<table>
<tr><th>Claim Elements</th><th>Evidence of Use</th></tr>
<tr><td></td><td>

The helper's bit operation — constructing the FF02::1:FF00:0/104 solicited-node value from the low-order 24 bits of the generated address (per RFC 4291 § 2.7.1) — resides in include/net/addrconf.h (addrconf_addr_solict_mult()):

```
/*
 *      compute link-local solicited-node multicast address
 */
static inline void addrconf_addr_solict_mult(const struct in6_addr *addr,
                                             struct in6_addr *solicited)
{
    ipv6_addr_set(solicited,
                  htonl(0xFF020000), 0,
                  htonl(0x1),
                  htonl(0xFF000000) | addr->s6_addr32[3]);
}
```

Exhibit 11, p. 10 .(include-net-addrconf¡h).– .the.final.98_bit.word.ORs.the.6xFF.marker.byte.over. the.generated.address*s*.last.word?preserving.its.low_order.80.bits.within.the. FF68¿¿7¿FF66¿6-760.group¡

```
static inline void ipv6_addr_set(struct in6_addr *addr,
                                 __be32 w1, __be32 w2,
                                 __be32 w3, __be32 w4)
{
    __ipv6_addr_set_half(&addr->s6_addr32[0], w1, w2);
    __ipv6_addr_set_half(&addr->s6_addr32[2], w3, w4);
}
```

Exhibit 10, p. 14.(include-net-ipv❷¡h?ipv❷( addr( set()).– .writes.the.four.98_bit.words.of.the. computed.SN(A).value¡

**(3) Values assembled into one configuration record for the device**

```
struct ifa6_config cfg = {
    .pfx = addr,                /* claim parameter value 1 */
    .plen = pinfo->prefix_len,
    .ifa_flags = addr_flags,
    .valid_lft = valid_lft,
    .preferred_lft = prefered_lft,
    .scope = addr_type & IPV6_ADDR_SCOPE_MASK,    /* claim supporting parameter value 3 */
    .ifa_proto = IFAPROT_KERNEL_RA
};
```

</td></tr>
</table>

| Claim Elements | Evidence of Use |
|---|---|
| | Exhibit 3, pp. 58–59.(net-ipv❷-addrconf¡c)<br><br>**(4) Supporting value 3 — scope, computed from the NID and stored with the address**<br>`addr_type = ipv6_addr_type(&pinfo->prefix);`<br>Exhibit 3, p. 61.(net-ipv❷-addrconf¡c)<br>`.scope = addr_type & IPV6_ADDR_SCOPE_MASK,`<br>Exhibit 3, p. 59.(net-ipv❷-addrconf¡c)<br>`ifa->scope = cfg->scope;`<br>Exhibit 3, p. 26.(net-ipv❷-addrconf¡c).(stored.in.the.device ̸s.address.record)<br>`IPV6_SADDR_RULE_SCOPE,`<br>`...`<br>`case IPV6_SADDR_RULE_SCOPE:`<br>Exhibit 3, p. 35.(consulted.by.source_address.selection.on.every.connection) |
| 22i:<br><br>describing a configuration for the node device, | The generated parameters describe a configuration for the node device.<br><br>**Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that the generated parameters describe a configuration for the node device.**<br><br>"A Node's Required Addresses — A host is required to recognize the following addresses as identifying itself: … Any additional Unicast and Anycast addresses that have been configured for the node's interfaces (manually or automatically) … The Solicited-Node multicast address for each of its unicast and anycast addresses." RFC.08❺7.° .8¡❹¡<br><br>"A node is required to compute and join (on the appropriate interface) the associated Solicited-Node multicast addresses for all unicast and anycast addresses that have been configured for the node's interfaces (manually or automatically)." RFC.08❺7.° .8¡❸¡7.– .the.generated.values. are?by.standard?the.configuration.the.node.must.hold.for.its.interface¡ |

| Claim Elements | Evidence of Use |
| --- | --- |
| | **Samsung S25+ kernal code confirms that the parameters describe a configuration for the node device.**<br><br>**IPv6 unicast address (identity): this value is the device's configured presence on the network.**<br>It is placed in the configuration record built for the device (.pfx = addr, Exhibit 3, p. 58) and stored as an address record on the device's own per-interface address list — the kernel walks idev->addr_list and inserts the new record in scope order (list_add_tail_rcu(&ifp->if_list, p), Exhibit 3, p. 23). Once stored — and subject to duplicate address detection and the address-selection rules — this is the address the device may answer for and use as a source address on the attached network (addrconf_dad_start, invoked from the same configuration path, Exhibit 3, p. 59).<br><br>**Solicited-node multicast address (reachability): this value configures what the device listens for so other nodes can find it.**<br>The computed address is established as a multicast group membership on the specific device (ipv6_dev_mc_inc(dev, &maddr), Exhibit 3, p. 49), set up for each generated address at the start of duplicate address detection (Exhibit 3, p. 89). Neighbor Discovery — by which on-link nodes resolve the device's link-layer reachability before sending IPv6 traffic to the address, and by which duplicates are detected — is addressed to this group. The membership is held in the per-interface multicast state and, through the driver path addressed in 22j, may also be reflected in the interface's receive-filter programming.<br><br>**Supporting — scope (usage policy): this stored setting informs the device's use of the address.**<br>It is stored as a field of the device's address record (ifa->scope = cfg->scope, Exhibit 3, p. 26) and consulted as a standing setting: the source-address selection engine applies a scope rule |

| Claim Elements | Evidence of Use |
|---|---|
| | on outgoing connections (IPV6_SADDR_RULE_SCOPE, Exhibit 3, pp. 33–35), and scope checks gate the retrieval and matching of the device's addresses elsewhere (if (ifp->scope > IFA_LINK), Exhibit 3, pp. 42, 52). |
| 22j:<br><br>wherein the values are automatically generated from the NID; | **The parameter values are automatically generated from the Prefix (i.e., NID)**<br><br>**Conclusion**<br><br>SLAAC allows IPv6 hosts to automatically configure global unicast addresses by combining the prefix from a Router Advertisement with a locally generated interface identifier. It requires no DHCP server, making IPv6 address configuration simpler than IPv4. The A flag in the RA Prefix Information option allows SLAAC. Interface identifiers can be EUI-64 (from MAC), privacy extensions (random), or stable privacy (pseudo-random). SLAAC is the foundation of IPv6 address management and is supplemented by stateless or stateful DHCPv6 when additional configuration (DNS, NTP) is needed.<br><br>How to Understand IPv6 Stateless Address Autoconfiguration (SLAAC)<br><br>**Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that the parameter values are automatically generated from the Prefix (i.e., NID).**<br><br>"The IPv6 stateless autoconfiguration mechanism requires no manual configuration of hosts, minimal (if any) configuration of routers, and no additional servers." RFC.0❹❷8.°.7¡<br><br>"Autonomous address-configuration flag. When set indicates that this prefix can be used for stateless address configuration." RFC.0❹❷7.°.0¡❷¡8.– .the.A_flag.the.cited.code.gates.on.(pinfo_~autoconf)¡ |

| Claim Elements | Evidence of Use |
|---|---|
| | **Samsung Galaxy S25+ kernel source confirms that the parameter values are automatically generated from the Prefix (i.e., NID).**<br><br>Generation runs automatically upon arrival of the NID carrying the autonomous flag, gated only by the device's autoconfiguration setting; no human supplies any of the generated values:<br><br>if (pinfo->autoconf && in6_dev->cnf.autoconf) {<br>Exhibit 3, p. 63.(net-ipv❷-addrconf¡c)<br><br>The implementation's own title is: IPv6 Address [auto]configuration.<br>Exhibit 3, p. 1 (net-ipv❷-addrconf¡c) |
| 22k:<br><br>and write the plurality of parameters to a memory of the node device. | **Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that the plurality of parameters are written to a memory of the node device**<br><br>RFC 4862 § 5.5.3 directs that an address formed from the advertised prefix be added to the list of addresses assigned to that interface, with its lifetimes taken from the Prefix Information option — the standard itself locates the write in the interface's own address list.<br><br>**Samsung Galaxy S25+ kernel source confirms that that the plurality of parameters are written to a memory of the node device.**<br><br>The full plurality — the generated unicast address A and the solicited-node multicast value SN(A) (see 22g) — is written into the node device's per-interface IPv6 stack memory (Constituent B), with the multicast write additionally manifesting in the interface hardware (Constituent A). Tier 1 (primary): when the interface comes up, the instructions create the per-interface stack instance and initialize, within it, both an empty address list and the device's |

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | multicast state — the unconfigured node device. The claimed writes are what configure it: the address A is written into an address record linked into the instance's address list, and the multicast value SN(A) is written into the instance's per-interface multicast membership state — the same per-interface stack instance thereby stores the plurality of configuration parameters. Tier 2 (corroborating): the multicast membership additionally propagates through the multicast and device-address layers to the interface driver's receive-filter programming path, causing the Wi-Fi/modem hardware to accept frames for the corresponding group. The full-plurality showing is Tier 1; Tier 2 corroborates that the multicast configuration affects the interface hardware, and would constitute an independent showing of the multicast-parameter write upon addition of accused-device driver/firmware proof. (See the component diagram, Ex. __.)<br><br>**(1) The node device's memory exists as per-interface state: created for, bound to, and initialized (empty) for the specific interface — address list and multicast state alike**<br>static struct inet6_dev *ipv6_add_dev(struct net_device *dev)<br>{<br>  struct inet6_dev *ndev;<br>  ...<br>  ndev = kzalloc(sizeof(*ndev), GFP_KERNEL_ACCOUNT);<br>  ...<br>  ndev->dev = dev;<br>  ...<br>  INIT_LIST_HEAD(&ndev->addr_list);<br>Exhibit 3, pp. 8–9.(net-ipv❷-addrconf¡c)<br>ipv6_mc_init_dev(ndev);<br>Exhibit 3, p. 10.(net-ipv❷-addrconf¡c).– .the.device's.multicast.state.is.initialized.within.the.same. per_interface.instance<br><br>The per-interface object's definition shows both parameter stores as fields of one memory structure bound to the device: |

| Claim Elements | Evidence of Use |
|---|---|
| | struct inet6_dev {<br>   struct net_device   *dev;<br>   ...<br>   struct list_head   addr_list;<br><br>   struct ifmcaddr6   __rcu *mc_list;<br>   ...<br>Exhibit 12, p. 4.(include-net-if( inet❷¦h?.struct.inet❷( dev)<br><br>**(2) Tier 1, first write — the unicast address A is written into the instance's address state**<br>ifp = ipv6_add_addr(in6_dev, &cfg, false, NULL);<br>Exhibit 3, p. 59.(net-ipv❷-addrconf¡c)<br>ifa->addr = *cfg->pfx;<br>...<br>ifa->scope = cfg->scope;<br>.../<br>ifa->idev = idev;<br>Exhibit 3, p. 26.(net-ipv❷-addrconf¡c)<br>static void ipv6_link_dev_addr(struct inet6_dev *idev,<br>      struct inet6_ifaddr *ifp)<br>{<br>   struct list_head *p;<br>  ...   /* Each device address list is sorted in order of scope - * global before linklocal. */<br>list_for_each(p, &idev->addr_list) { ...<br>   list_add_tail_rcu(&ifp->if_list, p);<br>}<br>Exhibit 3, p. 23.(net-ipv❷-addrconf¡c)<br>hlist_add_head_rcu(&ifa->addr_lst,<br>      &net->ipv6.inet6_addr_lst[hash]); |

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | Exhibit 3, p. 24.(net-ipv❷-addrconf¡c)<br><br>**(3) Tier 1, second write — the solicited-node multicast value SN(A) is written into the instance's per-interface multicast membership state**<br>void addrconf_join_solict(struct net_device *dev,<br>    const struct in6_addr *addr)<br>{<br>  struct in6_addr maddr;<br>  ...<br>  addrconf_addr_solict_mult(addr, &maddr);<br>  ipv6_dev_mc_inc(dev, &maddr);<br>}<br>Exhibit 3, pp. 48-49.(net-ipv❷-addrconf¡c).– .ipv❷( dev( mc( inc().creates.or.increments.the.membership.for.the.specific.device<br>addrconf_join_solict(dev, &ifp->addr);<br>Exhibit 3, p. 89.(net-ipv❷-addrconf¡c).(invoked.for.each.generated.address)<br>The membership so written is held as state of the per-interface instance — the exhibit shows the kernel enumerating the device's multicast addresses by walking that instance's membership list:<br>for (ifmca = rtnl_dereference(idev->mc_list);<br>   ifmca;<br>   ifmca = rtnl_dereference(ifmca->next), ip_idx++)<br>Exhibit 3, p. 115.(net-ipv❷-addrconf¡c).– .idev_~mc( list?the.per_interface.multicast.membership.state¡.The.record_creation.internals.reside.in.net-ipv❷-mcast¡c.– .set.out.immediately.below¡<br>The membership-record write chain — ipv6_dev_mc_inc() → __ipv6_dev_mc_inc(), allocating a struct ifmcaddr6 record, copying the solicited-node value into it, linking it into idev->mc_list (or incrementing the user count for an existing membership):<br>int ipv6_dev_mc_inc(struct net_device *dev, const struct in6_addr *addr)<br>{ |

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | ```<br>    return __ipv6_dev_mc_inc(dev, addr, MCAST_EXCLUDE);<br>}<br>static int __ipv6_dev_mc_inc(struct net_device *dev,<br>                              const struct in6_addr *addr, unsigned int mode)<br>{<br>    struct ifmcaddr6 *mc;<br>    struct inet6_dev *idev;<br>    ...<br>    idev = in6_dev_get(dev);<br>    ...<br>    for_each_mc_mclock(idev, mc) {<br>        if (ipv6_addr_equal(&mc->mca_addr, addr)) {<br>            mc->mca_users++;<br>            ...<br>            return 0;<br>        }<br>    }<br><br>    mc = mca_alloc(idev, addr, mode);<br>    ...<br>    rcu_assign_pointer(mc->next, idev->mc_list);<br>    rcu_assign_pointer(idev->mc_list, mc);<br>static struct ifmcaddr6 *mca_alloc(struct inet6_dev *idev,<br>                                    const struct in6_addr *addr,<br>                                    unsigned int mode)<br>{<br>    struct ifmcaddr6 *mc;<br><br>    mc = kzalloc(sizeof(*mc), GFP_KERNEL);<br>``` |

| Claim Elements | Evidence of Use |
|---|---|
| | ...<br>mc->mca_addr = *addr;<br>mc->idev = idev; /* reference taken by caller */<br>mc->mca_users = 1;<br><br>Exhibit 13, pp. 18-19 (net-ipv❷-mcast¡c?ipv❷( dev( mc( inc().-( ( ipv❷( dev( mc( inc().-.mca( alloc()).– .the.solicited_node.value.is.copied.into.the.record.(mc_~mca( addr.±.\addr).and.the.record.linked.into.the.instance≸.membership.list.(idev_~mc( list)¡<br>**(4) Tier 2 (corroborating) — the multicast parameter additionally manifests in the interface hardware's receive-filter memory**<br>Downstream of ipv6_dev_mc_inc(dev, ...), the membership is mapped to a link-layer multicast address and handed to the device-address layer for receive-filter programming via the device driver:<br>static void igmp6_group_added(struct ifmcaddr6 *mc)<br>{<br>struct net_device *dev = mc->idev->dev;<br>char buf[MAX_ADDR_LEN];<br>...<br>if (!(mc->mca_flags&MAF_LOADED)) {<br>mc->mca_flags \|= MAF_LOADED;<br>if (ndisc_mc_map(&mc->mca_addr, buf, dev, 0) == 0)<br>dev_mc_add(dev, buf);<br>}<br>Exhibit 13, pp. 13-14 .(net-ipv❷-mcast¡c?igmp❷( group( added())·.dev( mc( add().↔( ( dev( set( rx( mode().↔ndo( set( rx( mode.per.Exhibit.14, p. 7.(net-core-dev( addr( lists¡c·.include-linux-netdevice¡h)¡.Accused_device.driver-firmware.proof.of.the.filter_register.write.remains.to.be.appended.and.would.elevate.this.to.an.independent.showing.of.the.multicast_parameter.write·.the.full.plurality.is.shown.at.Tier.7¡ |

| Claim Elements | Evidence of Use |
|---|---|
| | **(5) Corroborating — the written records follow the interface's IPv6 configuration lifecycle** The address and multicast membership records are created for, bound to, and removed with the interface's IPv6 configuration lifecycle (ipv6_mc_down / ipv6_mc_destroy_dev, Exhibit 3, pp. 10, 87), confirming that the written values are per-interface node-device state rather than static program code (see 22e cited region). |

| | |
|---|---|
| |  |


SAMSUNG MOBILE DEVICE
(single phone — both claimed devices are components within it)
ELECTRONIC DEVICE
Flash storage — nontransitory storage medium
CPU — one or more processors
Kernel / networking-stack CODE — the instructions
(static and shared; includes net/ipv6/addrconf.c — code only, no per-interface state)
processors execute the instructions, which generate parameters from the NID and write them to:
NODE DEVICE
Constituent A — Network interface hardware (Wi-Fi / modem chipset)
Physically distinct component with its own processor and memory
Receive-filter memory: configured by the multicast parameter
← TIER 2 — CORROBORATING (membership → hardware receive filter)
igmp6_group_added → dev_mc_add → driver (driver/firmware proof to be appended)
Constituent B — Per-interface IPv6 stack INSTANCE (state, not code)
struct net_device · struct inet6_dev — created for this interface at NETDEV_UP,
bound to it (ndev->dev = dev); state managed with its IPv6 lifecycle
addr_list and mc_list: empty at bring-up → populated by the claimed writes
← TIER 1 WRITE — full plurality: address A + solicited-node SN(A)
ipv6_add_addr(): ifa->addr = *cfg->pfx · ipv6_dev_mc_inc() → ifmcaddr6 → idev->mc_list
Unconfigured IPv6 stack → configured network node — the claimed writes effect this transition.

| Claim Elements | Evidence of Use |
|---|---|
| 29<br><br>The storage medium of claim 22, further comprising instructions for configuring the node device using the configuration. | **Standards documents (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirm that the storage medium further comprises instructions for configuring the node device using the configuration.**<br><br>RFC 4862 § 5.4 specifies that an autoconfigured address remains in a tentative state, not yet usable, until duplicate address detection completes; upon successful completion the address is assigned to the interface and becomes a preferred (usable) address — the standards-defined transition from a written address to one the node device is configured to use.<br><br>RFC 4861 § 7.2.6: upon configuring a new address, a node may send unsolicited Neighbor Advertisements to announce its presence — the network-facing step performed at addrconf_dad_completed().<br><br>**Samsung Galaxy S25+ kernel source confirms that the storage medium further comprises instructions for configuring the node device using the configuration.**<br><br>Beyond writing the parameters (claim 22), the instructions further put the written configuration into operational effect on the node device. After the address is written, it exists in a tentative state and is not yet usable; the device runs duplicate address detection, and only when that completes does the configuration become active. The activation step is performed by addrconf_dad_completed(), whose own comment states the point: the address is configured for reception and is now valid. In that step the instructions announce the now-valid address through the stack (installing its route so traffic can use it) and inform the network that the device is reachable at the configured address. The multicast parameter is likewise activated (its membership programmed toward the interface's receive path). Configuring the node device using the configuration is thus a distinct, post-write step — the device begins operating as configured.<br><br>**(1) The configuration is put into effect once the written address becomes valid** |

| Claim Elements | Evidence of Use |
|---|---|
| | |

```
static void addrconf_dad_completed(struct inet6_ifaddr *ifp,
        bool bump_id, bool send_na)
{
    struct net_device *dev = ifp->idev->dev;
    ...
    /*
     *  Configure the address for reception. Now it is valid.
     */
    ipv6_ifa_notify(RTM_NEWADDR, ifp);
```

Exhibit 3, p. 94.(net-ipv❷-addrconf¡c?addrconf( dad( completed())

In the same step, the device announces to the network that it is now reachable at the configured address:

```
ndisc_send_na(dev, &in6addr_linklocal_allnodes, &ifp->addr,
        /*router=*/ !!ifp->idev->cnf.forwarding,
        /*solicited=*/ false, /*override=*/ true,
        /*inc_opt=*/ true);
```

Exhibit 3, p. 94.(net-ipv❷-addrconf¡c)

**(2) Configuring-into-use is a distinct step that follows the claim 22 write**

After the address is written (claim 22; see 22j), the instructions start duplicate address detection on it; the address is only configured into use when that process completes at addrconf_dad_completed():

```
addrconf_dad_start(ifp);
```

Exhibit 3, p. 59.(net-ipv❷-addrconf¡c).– .invoked.on.the.written.address.in.the.RA-autoconf.path·. the.DAD.process.ends.at.addrconf( dad( completed().(p¡.❺0)¡

**(3) The mechanism that applies the written parameters to operational state**

ipv6_ifa_notify() / __ipv6_ifa_notify() propagates the written address into operational state — installing the address's route and joining the associated anycast group — i.e., the device using the configuration:

```
static void __ipv6_ifa_notify(int event, struct inet6_ifaddr *ifp)
{
    ...
```

| Claim Elements | Evidence of Use |
|---|---|
| | `addrconf_join_anycast(ifp) */`<br>`}`<br>Exhibit 3, pp. 136-137.(net-ipv❷-addrconf¡c?.( ( ipv❷( ifa( notify()·.forward.declaration.at.p¡.0)<br><br>**(4) Multicast counterpart: the membership is activated toward the interface**<br>The solicited-node membership written in claim 22 is activated toward the interface's receive path (igmp6_group_added() → dev_mc_add()), configuring the device to actually receive on the computed group — see 22j and Exhibit 13, pp. 18-19 (net/ipv6/mcast.c). |
| 31<br><br>The storage medium of claim 22, wherein at least one of the parameters in the configuration of the device is a TCP/IP networking setting. | The parameters generated using the Prefix in IPv6 are IP network settings. |
| 41<br><br>The storage medium of claim 22, wherein the electronic device and the node device are the same device such that the node device is configured independently. | The Accused Products configure themselves independently using the received Prefix, as described above regarding claim 22.<br><br>**Standards documentation (IETF RFCs) defining functionality provided by the Android and other operating systems used by Samsung confirms that in the case of the Accused Products the electronic device and the node device are the same device such that the node device is configured independently.**<br><br>"The IPv6 stateless autoconfiguration mechanism requires no manual configuration of hosts, minimal (if any) configuration of routers, and no additional servers." RFC.0❹❷8.°.7.– .the.host. configures.itself.independently.of.any.separate.configuring.device?.which.is.the.»configured. independently‹ .consequence.the.claim.recites¡ |

| **Claim Elements** | **Evidence of Use** |
|---|---|
| | "Stateless autoconfiguration … allows a host to generate its own addresses using a combination of locally available information and information advertised by routers." RFC.0❹❷8.°. 7.– .the.host.generates.its.own.configuration.(independent.of.an.external.configuring.device)?. using.only.the.prefix.advertised.by.the.network¡<br><br>**Samsung Galaxy S25+ kernel source confirms that in the case of the Accused Products the electronic device and the node device are the same device such that the node device is configured independently.**<br><br>In the Accused Products the electronic device and the node device are constituents of one and the same device — e.g., a single Samsung phone, in which the kernel/processors (electronic device) configure the on-board Wi-Fi/modem interface and its IPv6 stack instance (node device); see the Component Mapping above and the component diagrams. As a consequence of this same-device arrangement ("such that"), the node device is configured independently: the host generates and applies its own configuration values without a separate external device supplying them — the defining characteristic of IPv6 stateless address autoconfiguration (as distinguished from stateful configuration by a separate server).<br><br>**(1) Same device: the host configures its own interfaces; no second physical device is involved**<br>The entire autoconfiguration path operates within one host upon that host's own interfaces. The configuration machinery is driven over the host's own interface list, creating per-interface state on the same host:<br>for_each_netdev(net, dev) {<br>   …<br>   idev = __in6_dev_get(dev);<br>   …<br>} |

| Claim Elements | Evidence of Use |
|---|---|
| | Exhibit 3, p. 142.(net-ipv❷-addrconf¡c?.for( each( netdev.sweep.invoking.<br>addrconf( init( auto( addrs.over.the.host✗.own.interfaces·.the.per_interface.generator.is.defined.<br>at.p¡.❸❸)<br>case NETDEV_REGISTER:<br>  if (!idev && dev->mtu >= IPV6_MIN_MTU) {<br>    idev = ipv6_add_dev(dev);<br>    ...<br>  }<br>Exhibit 3, pp. 79–80.(net-ipv❷-addrconf¡c?.addrconf( notify()).– .the.per_interface.IPv❷.stack.<br>instance.(node.device).is.created.on.the.same.host.that.runs.the.configuring.instructions.<br>(electronic.device)¡.All.operations.charted.for.claim.88.occur.within.this.single.device¡<br><br>**(2) Configured independently: the host configures itself, without a separate external device**<br>Generation runs on the host itself, gated only by the autonomous flag and the device's own autoconfiguration setting — no external configuring device supplies the values (contrast stateful configuration, where a separate server assigns them):<br>if (pinfo->autoconf && in6_dev->cnf.autoconf) {<br>Exhibit 3, p. 63.(net-ipv❷-addrconf¡c).(the.autonomous_flag.gate·.the.device_side.autoconf.<br>setting.defaults.enabled)¡.The.network.supplies.only.the.prefix·.the.host.independently.<br>computes.the.address?.scope?.and.multicast.values.from.it.and.configures.itself.(see.88f- 88i)¡ |